# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br><br>v.<br><br>BRYAN CARCAMO MEJIA<br>a/k/a "Taco"<br><br>Defendant | Case No. 8:25-cr-475-KKM-SPF |

## ARREST WARRANT — SEALED

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*name of person to be arrested:* BRYAN CARCAMO MEJIA

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Access Device Fraud in violation of 18 U.S.C. § 1029(b)(2)
Aggravated Identity Theft in violation of 18 U.S.C. §§ 1028A(a)(1) and 2

Date: 10/1/25

*Issuing officer's signature*
LISA SILVIA

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on (date) 10-1-25, and the person was arrested on (date) 10-15-25
at (city and state) Nashville, TN

Date: 10-15-25

*Arresting officer's signature*

Jacob Smith, HSI SA
*Printed name and title*